THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAX GINSBERG et al., Appellants.

Argued December 1, 1938; decided January 3, 1939.

*Leon A. Cohen, Harry L. Marcus* and *Herbert L. Maltinsky* for appellants.

*William C. Chanler, Corporation Counsel (Leonard M. Wallstein, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.